**Opinion issued June 19, 2025.**



In the

# Court of Appeals

for the

# First District of Texas

_____

## NO. 01-23-00547-CV
_____

**ADRIENNE  MCKINNEY, Appellant**

**v.**

**COMMERCIAL ACQUISITIONS, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1202548**

---

## MEMORANDUM OPINION

Appellant, Adrienne McKinney, proceeding pro se, challenges the trial court's final judgment in favor of appellee, Commercial Acquisitions, LLC, in Commercial Acquisition's forcible-detainer action against McKinney.

We dismiss the appeal.

On February 8, 2024, McKinney filed an appellant's brief with this Court. On May 20, 2025, this Court notified McKinney that her appellant's brief did not comply with Rule 38.1(a), (b), (c), (d), (f), (g), (h), (i), and (j) of the Texas Rules of Appellate Procedure. On May 20, 2025, the Court struck McKinney's February 8, 2024 appellant's brief and ordered McKinney to file a corrected appellant's brief that complied with the Texas Rules of Appellate Procedure within ten days of the date of the Court's order. The Court informed McKinney that, if she did not file a corrected appellant's brief as directed, her appeal would be subject to dismissal. *See* TEX. R. APP. P. 42.3(b), (c). McKinney did not adequately respond.

Because McKinney did not timely file her corrected brief, this appeal is dismissed for want of prosecution and failure to comply with our May 20, 2025 order requiring an action within a specified time. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c); *see also Bennett v. Jenkins*, No. 01-21-00557-CV, 2022 WL 3268531, at *2 (Tex. App.—Houston [1st Dist.] Aug. 11, 2022, no pet.) (mem. op.) (per curiam) (dismissing appeal for want of prosecution where pro se appellant failed to file "corrected brief" after Court struck brief for failure to comply with Rule 38.1 of Texas Rules of Appellate Procedure). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.